UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBBORAH L. EVANS,<br><br>                      Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | NO: 2:14-CV-0231-TOR<br><br>REMAND ORDER |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 9). The parties have agreed that this case should be remanded pursuant to sentence six of 42 U.S.C. § 405(g) for the Commissioner to consider additional medical records.

Sentence six of § 405(g) authorizes the Court, on motion of the Commissioner, to remand the case for further action by the Commissioner. In a sentence six remand, the court "does not affirm, modify, or reverse the Secretary's

REMAND ORDER ~ 1

decision; it does not rule in any way as to the correctness of the administrative determination." *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).

The Court finds good cause exists for remand since the Commissioner has not previously considered the new medical evidence.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 9) is **GRANTED**. This case is remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. The Court retains jurisdiction.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, and administratively **CLOSE** this file subject to reopening when the Commissioner shall file with the Court any such additional or modified findings of fact and decision.

**DATED** October 3, 2014.



THOMAS O. RICE
United States District Judge

REMAND ORDER ~ 2